September 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ROY PIPKIN EXECUTOR OF THE ESTATE ON BEHALF OF BAYON SHEA PIPKIN, Appellant

NO. 14-11-00755-CV                                    V.

KROGER TEXAS LP, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Kroger Texas LP, signed, June 15, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

      We further order that all costs incurred by reason of this appeal be paid by appellee, Kroger Texas LP. We further order this decision certified below for observance.